IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    *Plaintiff*,

v.                                              Case No.: 3:24cv465-MW/ZCB

MICHAEL A. ADKINSON, JR.,

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. The Magistrate Judge recommends dismissal for failure to comply with a Court Order. This Court has independently verified that none of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with a Court Order." The

Clerk shall close the file.

    **SO ORDERED on February 5, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
